| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: | CASE NO.: |
|---|---|
| **Maria Rosa Kanik** | CHAPTER: 7 |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/19/2026 Maria Rosa Kanik
Printed name of Debtor 1
[signature]
Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ______________ ________________________________ ________________________________

Printed name of Debtor 2 Signature of Debtor 2

EARNINGS STATEMENT

trinet

Calvary South OC
1311 Calle Batido
San Clemente, CA 92673

Check No: 20424716

Check Date: 08/28/2026

Pay Period: 08/10/2026 - 08/23/2026

## Maria R Kanik

NON-NEGOTIABLE

76 Mercantile Way, Apt 311
Ladera Ranch , CA 92694-0439

Employee ID: 00010877772
Location: Calvary South OC - HQ
Business Title: Facilities

Department: 9F4G001
Pay Rate: $26.00 Hourly

Net Pay
USD $1,856.10

### Current Hours and Earnings

| Description | Earnings Range | Rate | Hours | Units | Earnings |
|---|---|---|---|---|---|
| Regular | | 26.000 | 71.80 | 0.00 | 1,866.80 |
| Overtime | | 39.000 | 4.36 | 0.00 | 170.04 |
| **Gross Pay** | | | **76.16** | **0.00** | **2,036.84** |
| **Fed Taxable Gross** | | | | | **2,022.02** |
| **Total Hours Worked** | | | **76.16** | | |

### Tax Withholding

| Description | Federal | CA State |
|---|---|---|
| Marital Status | H-of-H | H-of-H |
| Allowance/Credit | 6,000.00 | 3.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl. Amt. | 0.00 | 0.00 |

### YTD Hours and Earnings

| Description | Hours | Units | Earnings |
|---|---|---|---|
| Regular | 1,095.75 | 0.00 | 28,489.50 |
| Holiday Pay | 48.00 | 0.00 | 1,248.00 |
| Overtime | 46.10 | 0.00 | 1,797.90 |
| Reimbursement-Non Taxable | 0.00 | 0.00 | 232.15 |
| Sick | 41.00 | 0.00 | 1,066.00 |
| Vacation | 26.00 | 0.00 | 676.00 |
| **Gross Pay** | **1,256.85** | **0.00** | **33,509.55** |
| **Fed Taxable Gross** | | | **33,045.48** |
| **Total Hours Worked** | **1,141.85** | | |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Long Term Disability | 5.20 | 88.40 |
| **Total Taxable** | **5.20** | **88.40** |
| **Non-Taxable Benefits** | **Current** | **Year-to-Date** |
| Aetna Dental | 54.92 | 878.72 |
| Life and AD&D | 2.78 | 47.26 |
| Short Term Disability | 1.34 | 22.78 |
| **Total Non-Taxable** | **59.04** | **948.76** |
| **Total Benefits** | **64.24** | **1,037.16** |

### Time Off

| Description | SICK | VAC/PTO |
|---|---|---|
| Start Balance | -6.00 | 10.98 |
| +Earned | 40.00 | 40.00 |
| -Taken | 35.00 | 26.00 |
| +Adjustments | 0.00 | 0.00 |
| **End Balance** | **-1.00** | **24.98** |

### Taxes and Deductions

| Taxes | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Fed Withholding | 0.00 | | 0.00 |
| Fed MED/EE | 29.32 | | 479.16 |
| Fed OASDI/EE | 125.37 | | 2,048.82 |
| CA Withholding | 6.03 | | 79.10 |
| **Total Taxes** | **160.72** | | **2,607.08** |
| **Before-Tax Deductions** | **Current** | **Plan Year** | **Year-to-Date** |
| Aetna Dental | 20.02 | 0.00 | 320.32 |
| **Total Before Tax Deductions** | **20.02** | **0.00** | 320.32 |
| **After-Tax Deductions** | **Current** | | **Year-to-Date** |
| **Total After Tax Deductions** | **0.00** | | **0.00** |
| **Total Deductions** | **20.02** | | **320.32** |
| **Net Pay** | **1,856.10** | | **30,582.15** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 9134 | 1,856.10 |
| **Total** | | **1,856.10** |

# EARNINGS STATEMENT

trinet

Calvary South OC
1311 Calle Batido
San Clemente, CA 92673

Check No: 20507768
Check Date: 09/11/2026
Pay Period: 08/24/2026 - 09/06/2026

## Maria R Kanik

NON-NEGOTIABLE

76 Mercantile Way, Apt 311
Ladera Ranch , CA 92694-0439

Employee ID: 00010877772
Location: Calvary South OC - HQ
Business Title: Facilities

Department: 9F4G001
Pay Rate: $26.00 Hourly

Net Pay
USD $1,886.46

### Current Hours and Earnings

| Description | Earnings Range | Rate | Hours | Units | Earnings |
|---|---|---|---|---|---|
| Regular | | 26.000 | 70.18 | 0.00 | 1,824.68 |
| Holiday Pay | | 26.000 | 8.00 | 0.00 | 208.00 |
| Overtime | | 39.000 | 0.97 | 0.00 | 37.83 |
| **Gross Pay** | | | **79.15** | **0.00** | **2,070.51** |
| **Fed Taxable Gross** | | | | | **2,055.69** |
| **Total Hours Worked** | | | **71.15** | | |

### YTD Hours and Earnings

| Description | Hours | Units | Earnings |
|---|---|---|---|
| Regular | 1,165.93 | 0.00 | 30,314.18 |
| Holiday Pay | 56.00 | 0.00 | 1,456.00 |
| Overtime | 47.07 | 0.00 | 1,835.73 |
| Reimbursement-Non Taxable | 0.00 | 0.00 | 232.15 |
| Sick | 41.00 | 0.00 | 1,066.00 |
| Vacation | 26.00 | 0.00 | 676.00 |
| **Gross Pay** | **1,336.00** | **0.00** | **35,580.06** |
| **Fed Taxable Gross** | | | **35,101.17** |
| **Total Hours Worked** | **1,213.00** | | |

### Taxes and Deductions

| Taxes | Current | Year-to-Date |
|---|---|---|
| Fed Withholding | 0.00 | 0.00 |
| Fed MED/EE | 29.81 | 508.97 |
| Fed OASDI/EE | 127.45 | 2,176.27 |
| CA Withholding | 6.77 | 85.87 |
| **Total Taxes** | **164.03** | **2,771.11** |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Aetna Dental | 20.02 | 0.00 | 340.34 |
| **Total Before Tax Deductions** | **20.02** | **0.00** | 340.34 |

| After-Tax Deductions | Current | Year-to-Date |
|---|---|---|
| **Total After Tax Deductions** | **0.00** | **0.00** |
| **Total Deductions** | **20.02** | **340.34** |
| **Net Pay** | **1,886.46** | **32,468.61** |

### Tax Withholding

| Description | Federal | CA State |
|---|---|---|
| Marital Status | H-of-H | H-of-H |
| Allowance/Credit | 6,000.00 | 3.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Long Term Disability | 5.20 | 93.60 |
| **Total Taxable** | **5.20** | **93.60** |

| Non-Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Aetna Dental | 54.92 | 933.64 |
| Life and AD&D | 2.78 | 50.04 |
| Short Term Disability | 1.34 | 24.12 |
| **Total Non-Taxable** | **59.04** | **1,007.80** |
| **Total Benefits** | **64.24** | **1,101.40** |

### Time Off

| Description | SICK | VAC/PTO |
|---|---|---|
| Start Balance | -6.00 | 10.98 |
| +Earned | 40.00 | 46.67 |
| -Taken | 35.00 | 26.00 |
| +Adjustments | 0.00 | 0.00 |
| **End Balance** | **-1.00** | **31.65** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 9134 | 1,886.46 |
| **Total** | | **1,886.46** |

EARNINGS STATEMENT

trinet

Calvary South OC
1311 Calle Batido
San Clemente, CA 92673

Check No: 20602684
Check Date: 09/25/2026
Pay Period: 09/07/2026 - 09/20/2026

## Maria R Kanik

NON-NEGOTIABLE

76 Mercantile Way, Apt 311
Ladera Ranch , CA 92694-0439

Employee ID: 00010877772
Location: Calvary South OC - HQ
Business Title: Facilities

Department: 9F4G001
Pay Rate: $26.00 Hourly

Net Pay
USD **$2,160.93**

### Current Hours and Earnings

| Description | Earnings Range | Rate | Hours | Units | Earnings |
|---|---|---|---|---|---|
| Regular | | 26.000 | 70.65 | 0.00 | 1,836.90 |
| Holiday Pay | | 26.000 | 8.00 | 0.00 | 208.00 |
| Overtime | | 39.000 | 3.13 | 0.00 | 122.07 |
| Vacation | | 26.000 | 8.00 | 0.00 | 208.00 |
| **Gross Pay** | | | **89.78** | **0.00** | **2,374.97** |
| **Fed Taxable Gross** | | | | | **2,360.15** |
| **Total Hours Worked** | | | **73.78** | | |

### YTD Hours and Earnings

| Description | Hours | Units | Earnings |
|---|---|---|---|
| Regular | 1,236.58 | 0.00 | 32,151.08 |
| Holiday Pay | 64.00 | 0.00 | 1,664.00 |
| Overtime | 50.20 | 0.00 | 1,957.80 |
| Reimbursement-Non Taxable | 0.00 | 0.00 | 232.15 |
| Sick | 41.00 | 0.00 | 1,066.00 |
| Vacation | 34.00 | 0.00 | 884.00 |
| **Gross Pay** | **1,425.78** | **0.00** | **37,955.03** |
| **Fed Taxable Gross** | | | **37,461.32** |
| **Total Hours Worked** | **1,286.78** | | |

### Taxes and Deductions

| Taxes | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Fed Withholding | 0.00 | | 0.00 |
| Fed MED/EE | 34.22 | | 543.19 |
| Fed OASDI/EE | 146.33 | | 2,322.60 |
| CA Withholding | 13.47 | | 99.34 |
| **Total Taxes** | **194.02** | | **2,965.13** |
| **Before-Tax Deductions** | **Current** | **Plan Year** | **Year-to-Date** |
| Aetna Dental | 20.02 | 0.00 | 360.36 |
| **Total Before Tax Deductions** | **20.02** | **0.00** | 360.36 |
| **After-Tax Deductions** | **Current** | | **Year-to-Date** |
| **Total After Tax Deductions** | **0.00** | | **0.00** |
| **Total Deductions** | **20.02** | | **360.36** |
| **Net Pay** | **2,160.93** | | **34,629.54** |

### Tax Withholding

| Description | Federal | CA State |
|---|---|---|
| Marital Status | H-of-H | H-of-H |
| Allowance/Credit | 6,000.00 | 3.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Long Term Disability | 5.20 | 98.80 |
| **Total Taxable** | **5.20** | **98.80** |
| **Non-Taxable Benefits** | **Current** | **Year-to-Date** |
| Aetna Dental | 54.92 | 988.56 |
| Life and AD&D | 2.78 | 52.82 |
| Short Term Disability | 1.34 | 25.46 |
| **Total Non-Taxable** | **59.04** | **1,066.84** |
| **Total Benefits** | **64.24** | **1,165.64** |

### Time Off

| Description | SICK | VAC/PTO |
|---|---|---|
| Start Balance | -6.00 | 10.98 |
| +Earned | 40.00 | 46.67 |
| -Taken | 35.00 | 34.00 |
| +Adjustments | 0.00 | 0.00 |
| **End Balance** | **-1.00** | **23.65** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 9134 | 2,160.93 |
| **Total** | | **2,160.93** |

EARNINGS STATEMENT

trinet

Calvary South OC
1311 Calle Batido
San Clemente, CA 92673

Check No: 20697395
Check Date: 10/09/2026
Pay Period: 09/21/2026 - 10/04/2026

## Maria R Kanik

NON-NEGOTIABLE

76 Mercantile Way, Apt 311
Ladera Ranch , CA 92694-0439

Employee ID: 00010877772
Location: Calvary South OC - HQ
Business Title: Facilities

Department: 9F4G001
Pay Rate: $26.00 Hourly

Net Pay
USD **$2,179.49**

### Current Hours and Earnings

| Description | Earnings Range | Rate | Hours | Units | Earnings |
|---|---|---|---|---|---|
| Regular | | 26.000 | 70.65 | 0.00 | 1,836.90 |
| Holiday Pay | | 26.000 | 8.00 | 0.00 | 208.00 |
| Overtime | | 39.000 | 3.13 | 0.00 | 122.07 |
| Vacation | | 26.000 | 8.00 | 0.00 | 208.00 |
| **Gross Pay** | | | **89.78** | **0.00** | **2,374.97** |
| **Fed Taxable Gross** | | | | | **2,374.97** |
| **Total Hours Worked** | | | **73.78** | | |

### YTD Hours and Earnings

| Description | Hours | Units | Earnings |
|---|---|---|---|
| Regular | 1,307.23 | 0.00 | 33,987.98 |
| Holiday Pay | 72.00 | 0.00 | 1,872.00 |
| Overtime | 53.33 | 0.00 | 2,079.87 |
| Reimbursement-Non Taxable | 0.00 | 0.00 | 232.15 |
| Sick | 41.00 | 0.00 | 1,066.00 |
| Vacation | 42.00 | 0.00 | 1,092.00 |
| **Gross Pay** | **1,515.56** | **0.00** | **40,330.00** |
| **Fed Taxable Gross** | | | **39,836.29** |
| **Total Hours Worked** | **1,360.56** | | |

### Taxes and Deductions

| Taxes | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Fed Withholding | 0.00 | | 0.00 |
| Fed MED/EE | 34.44 | | 577.63 |
| Fed OASDI/EE | 147.25 | | 2,469.85 |
| CA Withholding | 13.79 | | 113.13 |
| **Total Taxes** | **195.48** | | **3,160.61** |
| **Before-Tax Deductions** | **Current** | **Plan Year** | **Year-to-Date** |
| Aetna Dental | 0.00 | 0.00 | 360.36 |
| **Total Before Tax Deductions** | **0.00** | **0.00** | 360.36 |
| **After-Tax Deductions** | **Current** | | **Year-to-Date** |
| **Total After Tax Deductions** | **0.00** | | **0.00** |
| **Total Deductions** | **0.00** | | **360.36** |
| **Net Pay** | **2,179.49** | | **36,809.03** |

### Tax Withholding

| Description | Federal | CA State |
|---|---|---|
| Marital Status | H-of-H | H-of-H |
| Allowance/Credit | 6,000.00 | 3.00 |
| Addl. Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| **Total Taxable** | **0.00** | **0.00** |
| **Non-Taxable Benefits** | **Current** | **Year-to-Date** |
| Aetna Dental | 0.00 | 988.56 |
| Life and AD&D | 0.00 | 52.82 |
| Short Term Disability | 0.00 | 25.46 |
| Long Term Disability T | 0.00 | 98.80 |
| **Total Non-Taxable** | **0.00** | **1,165.64** |
| **Total Benefits** | **0.00** | **1,165.64** |

### Time Off

| Description | SICK | VAC/PTO |
|---|---|---|
| Start Balance | -6.00 | 10.98 |
| +Earned | 40.00 | 53.34 |
| -Taken | 35.00 | 42.00 |
| +Adjustments | 0.00 | 0.00 |
| **End Balance** | **-1.00** | **22.32** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 9134 | 2,179.49 |
| **Total** | | **2,179.49** |